JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 2 0 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-8)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 51 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>JUN - 7 2005<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Michael J. Beck*<br>―――――――――――――<br>Michael J. Beck<br>Clerk of the Panel |
|---|---|

## SCHEDULE CTO-8 - TAG-ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #

ALABAMA NORTHERN
    ALN 7 05-74    Frieda Burroughs, etc. v. Pfizer, Inc., et al.

MAINE
    ~~ME 2 05-84~~    ~~Gerald Demers v. Pfizer, Inc., et al.~~    Opposed 6/3/05

MISSOURI EASTERN
    ~~MOE 4 04-1429~~    ~~Earl E. Prather, et al. v. Pfizer, Inc., et al.~~    Vacated 6/6/05

NEW JERSEY
    NJ 2 04-4882    Marianne Smolucha, etc. v. Pfizer, Inc., et al.
    NJ 2 04-4883    Christine Gambardello, et al. v. Pfizer, Inc., et al.
    NJ 2 05-2061    John Jarosz, etc. v. Pfizer, Inc., et al.

NEVADA
    NV 2 04-1694    Monica Almeida v. Pfizer, Inc.

TEXAS WESTERN
    ~~TXW 1 05-175~~    ~~Irene Barlow v. Pfizer, Inc., et al.~~    Opposed 6/3/05

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:05-cv-02061-JAP-MCA

JAROSZ v. PFIZER INC., et al
Assigned to: Judge Joel A. Pisano
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/18/2005
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JOHN JAROSZ**
*as Administrator Ad Prosequendum of the Estate of MARIA JAROSZ, Deceased*

represented by **NANCY Y. MORGAN**
FINKELSTEIN & PARTNERS, LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550
800 634-1212
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC.,**

represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PARKE-DAVIS**
*a division of Warner-Lambert Company and Warner Lambert Company LLC*

represented by **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WARNER LAMBERT COMPANY**

represented by **RICHARD G. PLACEY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **WARNER LAMBERT COMPANY LLC** | represented by | **RICHARD G. PLACEY** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

**PHILIP J. OBIEDZINSKI, DPM**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2005 | 1 | NOTICE OF REMOVAL by PFIZER INC.,, PARKE-DAVIS, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC from SUPERIOR COURT OF BERGEN COUNTY, case number L-1597-05. (Filing fee $ 250 receipt number 330533) (Attachments: # 1 NTC. OF FILING# 2 Exhibit)(dj, ) Additional attachment(s) added on 4/21/2005 (dj, ). (Entered: 04/21/2005) |
| 05/06/2005 | 2 | CONSENT ORDER EXTENDING Defendant's time to respond to the Complaint. Defendant's shall have until 5/25/05.. Signed by Judge Madeline C. Arleo on 4/27/05. (jl, ) (Entered: 05/06/2005) |
| 05/06/2005 | | Update Answer Due Deadline as to Defendant's WARNER-LAMBERT COMPANY & WARNER-LAMBERT COMPANY, LLC. Answer due by 5/25/05. (jl, ) (Entered: 05/06/2005) |
| 05/10/2005 | 3 | NOTICE of Appearance by NANCY Y. MORGAN on behalf of JOHN JAROSZ (MORGAN, NANCY) (Entered: 05/10/2005) |
| 05/12/2005 | 4 | STATEMENT by PFIZER INC.,, PARKE-DAVIS, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC. (THOMSEN, MEGHAN) (Entered: 05/12/2005) |
| 05/25/2005 | 5 | ANSWER to Complaint *with Affirmative Defenses, Response to Crossclaims and Demand for Apportionment* by PFIZER INC.,, PARKE-DAVIS, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC.(PLACEY, RICHARD) (Entered: 05/25/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/16/2005 16:58:51 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-02061-JAP-MCA Start date: 1/1/1970 End date: 6/16/2005 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |