UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

Clerk,
United States District Court                              6/28/05
for the District of Massachusetts
One Courthouse Way Ste. 2300
Boston, MA  02210

    Re:  JAROSZ VS. PFIZER INC.
        Civil Docket No. 05-2061(JAP)

Dear Clerk:

    The above-captioned case has been transferred to your court pursuant to the enclosed Certified copy of the Order dated 6/27/05. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.


                Very truly yours,

                WILLIAM T. WALSH, Clerk


            By:  Sheree Raimo
                Deputy Clerk


RECEIPT    ACKNOWLEDGED    BY:    _____    DATE: _____.

Y O U R       C I V I L       D O C K E T       N U M B E R : _____.



Instructions for Retrieving Electronic Case Files

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:  Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:05-cv-02061-JAP-MCA

| | |
|---|---|
| JAROSZ v. PFIZER INC., et al | Date Filed: 04/18/2005 |
| Assigned to: Judge Joel A. Pisano | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Madeline C. Arleo | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332 Diversity-Personal Injury | Jurisdiction: Diversity |

**Plaintiff**

**JOHN JAROSZ**  represented by **NANCY Y. MORGAN**
*as Administrator Ad Prosequendum of the Estate of MARIA JAROSZ, Deceased*
FINKELSTEIN & PARTNERS, LLP
436 ROBINSON AVENUE
NEWBURGH, NY 12550
800 634-1212
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PFIZER INC.,**  represented by **RICHARD G. PLACEY**
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, ESQS.
LIBERTY VIEW, 6TH FLOOR
457 HADDONFIELD ROAD
CHERRY HILL, NJ 08002
(856) 488-7700
Email: rplacey@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **PARKE-DAVIS**<br>*a division of Warner-Lambert Company and Warner Lambert Company LLC* | represented by **RICHARD G. PLACEY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **WARNER LAMBERT COMPANY** | represented by **RICHARD G. PLACEY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | |
|---|---|
| **WARNER LAMBERT COMPANY LLC** | represented by **RICHARD G. PLACEY**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**PHILIP J. OBIEDZINSKI, DPM**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2005 | 1 | NOTICE OF REMOVAL by PFIZER INC.,, PARKE-DAVIS, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC from SUPERIOR COURT OF BERGEN COUNTY, case number L-1597-05. (Filing fee $ 250 receipt number 330533) (Attachments: # 1 NTC. OF FILING# 2 Exhibit)(dj, ) Additional attachment(s) added on 4/21/2005 (dj, ). (Entered: 04/21/2005) |
| 05/06/2005 | 2 | CONSENT ORDER EXTENDING Defendant's time to respond to the Complaint. Defendant's shall have until 5/25/05.. Signed by Judge Madeline C. Arleo on 4/27/05. (jl, ) (Entered: 05/06/2005) |
| 05/06/2005 | | Update Answer Due Deadline as to Defendant's WARNER-LAMBERT COMPANY & WARNER-LAMBERT COMPANY, LLC. Answer due |

|  |  |  |
|---|---|---|
|  |  | by 5/25/05. (jl, ) (Entered: 05/06/2005) |
| 05/10/2005 | 3 | NOTICE of Appearance by NANCY Y. MORGAN on behalf of JOHN JAROSZ (MORGAN, NANCY) (Entered: 05/10/2005) |
| 05/12/2005 | 4 | STATEMENT by PFIZER INC.,, PARKE-DAVIS, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC. (THOMSEN, MEGHAN) (Entered: 05/12/2005) |
| 05/25/2005 | 5 | ANSWER to Complaint *with Affirmative Defenses, Response to Crossclaims and Demand for Apportionment* by PFIZER INC.,, PARKE-DAVIS, WARNER LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC.(PLACEY, RICHARD) (Entered: 05/25/2005) |
| 06/27/2005 | 6 | CERTIFIED COPY OF Order purs to MDL transferring case to the USDC for the District of Massachusetts (sr, ) (Entered: 06/27/2005) |
| 06/27/2005 |  | ***Civil Case Terminated. (sr, ) (Entered: 06/27/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/21/2005 11:14:40 | | | |
| **PACER Login:** | us2510 | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-02061-JAP-MCA Start date: 1/1/1970 End date: 7/21/2005 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |